In re G. Ross ANDERSON, III, Petitioner.

(461 S.E. (2d) 809)

Supreme Court

## ORDER

On October 20, 1993, the Petitioner was placed on disability inactive status by this Court and is now seeking reinstatement to the active practice of law.

Apr. 6, 1995.

After a favorable recommendation by the Committee on Character and Fitness and careful consideration by this Court, it is ordered that

G. Ross Anderson, III, be restored to the active practice of law.

/s/ Ernest A. Finney, Jr., C.J.
for the Court